Before STATE INDUSTRIAL BOARD, Respondent. ARTHUR PFEIFFER, Respondent, v. NATHAN SCHWEITZER COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground

that the claimant was not the employee of the Nathan Schweitzer Company. All concur.